UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAM KAMEL,<br><br>         Petitioner,<br><br>    -v-<br><br>WILLIAM P. JOYCE in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. immigration and Customs Enforcement; and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security, U.S. Immigration and Customs Enforcement,<br><br>         Respondents. | 25-CV-6249 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  For the reasons stated on the record during the telephone conference held on July 31, 2025, the Court finds that jurisdiction and venue in this habeas corpus action brought under 28 U.S.C. § 2241 properly lie in the United States District Court for the District of New Jersey, where Petitioner was confined at the time the petition was filed. *See Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 286-92 (S.D.N.Y. 2025).

  The Order at ECF No. 6 enjoining Petitioner's removal from the United States shall remain in effect unless and until the transferee court orders otherwise. *See id*. at 291.

  Accordingly, this case is hereby **TRANSFERRED** pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the District of New Jersey. The Clerk of Court is directed to transfer the case **immediately**, and the seven-day waiting period in Local Rule 83.1 is waived.

  SO ORDERED.

Dated: July 31, 2025
   New York, New York

                       _____
                          J. PAUL OETKEN
                          United States District Judge